

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

REGINALD BROWN

CRIMINAL NO. 3:18 cr 228- DPJ-FKB

18 U.S.C. § 242

**The United States Attorney Charges:**

That on or about May 25, 2016, in Rankin County in the Northern Division of the Southern District of Mississippi, the defendant, **REGINALD BROWN,** and others known to the United States, aided and abetted by one another, while acting under color of law as a Corrections Officer with the Mississippi Department of Corrections, assaulted L.H. by kicking him, stomping on him, and punching him, thereby willfully depriving L.H. of the right, secured and protected by the Constitution and the laws of the United States, to be free from cruel and unusual punishment. This offense resulted in bodily injury to L.H. and involved the use of a dangerous weapon, to wit: a shod foot.

All in violation of Sections 242 and 2, Title 18, United States Code.

D. MICHAEL HURST, JR.
United States Attorney

JOHN M. GORE
Acting Assistant Attorney General
United States Department of Justice
Civil Rights Division

By: Julia Gegenheimer
Trial Attorney