CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 15 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: __PEARL__

COUNTY: __RANKIN__

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # 3:18-cr-228-DPJ-FKB
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES __X__ NO

MATTER TO BE SEALED: __X__ YES ___ NO

NAME/ALIAS: ____SHELLEY GRIFFITH____

**U.S. ATTORNEY INFORMATION:**

AUSA: __GLENDA R. HAYNES__    BAR # __2132__
AUSA: __JULIA GEGENHEIMER__   BAR # __4949475__

INTERPRETER: __X__ NO ___ YES LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**    ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__    ___ PETTY    ___ MISDEMEANOR    __1__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1: 18:242 | 18 U.S.C. § 242 | DEPRIVATION OF RIGHTS UNDER COLOR OF LAW | 1 |
| Set 2 | | | |
| Set 3 | | | |

Date: 11/15/18       SIGNATURE OF AUSA: _Glenda R. Haynes_
Date: 11/15/18       SIGNATURE OF AUSA: _Glenda R. Haynes for Julia Gegenheimer_
Revised 2/26/2010