UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                    CRIINAL NO. 3:18cr228-DPJ-FKB

REGINALD BROWN

## GOVERNMENT'S EXHIBIT LIST

| NO. | DESCRIPTION | SPONSOR | ID. | EVID. |
|-----|-------------|---------|-----|-------|
| G1  | Report/Summary of Incident | —————— |  | X |

3-1-19