# FEDERAL BUREAU OF INVESTIGATION

Date of entry    02/27/2019

On February 25, 2019, LEON HAYES, black male, date of birth June 15, 1975, was interviewed at the Southern Mississippi Correctional Institution (SMCI), Leakesville, Mississippi by Special Agent Ian Grand and Special Agent Steven Robertson. After being advised of the identities of the interviewing Agents and the purpose of the interview, HAYES provided the following information:

HAYES did not want to write a victim impact statement for the sentencing of REGINALD BROWN. HAYES' handwriting was poor and he wanted to just talk about it rather than write it.

Since the incident where BROWN, SHELLY GRIFFITH and SHARALYN MCCLAIN attacked him in his cell while at the Central Mississippi Correctional Facility (CMCF) in Rankin County Mississippi, HAYES still has aches and pains associated with it.

HAYES' neck and back hurt when he sits for too long or doesn't move for a while and then gets up or moves, from getting slammed headfirst by BROWN. His ribs on his right side hurt when he lays down for too long, from getting kicked by BROWN and others. He experienced bad dreams in which loud noises make him think that people are coming into his cell to beat him up because of the incident.

He initially refused treatment at CMCF a few days after the incident because he thought he would have been treated even more unfairly, as if he was ratting out the correctional officers. HAYES since tried to get medical attention, specifically X-rays at SMCI but has been unable to do so, causing his pain to continue without treatment.

BROWN "ought to be punished for his actions" and HAYES wanted them to know "they are supposed to be security - not beat on me." He wanted them to know it was wrong and they had no right to do what they did.

HAYES wanted to be present for the sentencing as well as compensated financially for the attack.



GOVERNMENT EXHIBIT 1

| | | |
|---|---|---|
| Investigation on | 02/25/2019 at | Leakesville, Mississippi, United States (In Person) |
| File # | 282A-JN-7974778 | Date drafted 02/26/2019 |
| by | Ian Grand, ROBERTSON STEVEN PAUL | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

EXHIBIT NO. 61 evid
CAUSE NO. 3:18cr228-DPJ-FKB
WITNESS
CLERK: SHONE POWELL

MAR - 1 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Candice Crane, REPORTER